UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
v.                             )  No. 1:06CR68 CDP
                               )
JOSEPH D. CROSSNO,             )
                               )
        Defendant.             )

## ORDER

This matter is before the Court on defendant Joseph D. Crossno's motion to suppress evidence and statements.

Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Judge Lewis M. Blanton. An evidentiary hearing was held on June 6, 2006, and thereafter Judge Blanton filed his Report and Recommendation regarding the defendant's motion. Neither party has objected to the Magistrate Judge's recommendations and the time for doing so has expired.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Blanton set forth in support of his recommended rulings issued on June 14, 2006.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#26] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [#17] is granted only to the extent of defendant's response to Officer Pratt's question about how much alcohol he had consumed; the motion to suppress is denied in all other respects.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of July, 2006.